## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '21 MJ2440 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 18 U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |
| Lomen James WILLARD, | |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

On or about June 14, 2021, within the Southern District of California, defendant Lomen James WILLARD, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol Agent, while the Officer was engaged in the performance of his official duties, such acts involving physical contact with the Officer; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 15, 2021.

HON. ALLISON H. GODDARD
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Lomen James WILLARD

## PROBABLE CAUSE STATEMENT

On June 14, 2021, Border Patrol Agent J. Anguiano was conducting his assigned duties in the Campo Border Patrol Station's area of responsibility. Agent Anguiano was dressed in plain clothes with his service badge displayed around his neck identifying himself as a law enforcement agent. At approximately 6:34 PM, Agent Anguiano was driving west on Old Highway 80, when he observed a blue Ford Escape stopped in the middle of the eastbound lane blocking Old Highway 80, just west of William's Road. Two male individuals were in the middle of the road near the Ford. As Agent Anguiano drove towards the Ford, one of the individuals flagged him down and asked him for a ride to the Golden Acorn Casino. The individual told Agent Anguiano that the other individual next to the Ford, later identified as defendant Lomen James WILLARD, had just beat him up. As Agent Anguiano pulled up behind the Ford, he observed WILLARD walking toward his agency vehicle. Agent Anguiano observed WILLARD swaying from side to side as he walked. Agent Anguiano could smell a strong odor of alcoholic beverages coming from WILLARD, along with bloodshot eyes and slurred speech. Agent Anguiano identified himself as a Border Patrol Agent, but WIILLARD just kept repeating "take me home." WILLARD then opened the front passenger door of Agent Anguiano's vehicle and sat down in the seat.

Agent Anguiano ordered WILLARD to exit his vehicle. WILLARD got angry, told Agent Anguiano that he was going to fight him, and other threatening remarks. WILLARD then exited the vehicle and approached Agent Anguiano on the driver side. Agent Anguiano told him to stay back and calm down. WILLARD had both hands clenched making a closed fist and was puffing out his chest. WILLARD got close to Agent Anguiano, and threw a punch, which struck Agent Anguiano in his right eye area. WILLARD began to raise his fist to strike Agent Anguiano again. Agent Anguiano then struck WILLARD in the left side of his face. WILLARD fell to the ground and Agent Anguiano took control of his arms and placed restraints on him. At approximately 6:35 PM, Agent Anguiano placed WILLARD under arrest.